UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARCIA R. POLK individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04529-JPH-MJD ) |
| SSCP PROPERTY MANAGEMENT, LLC d/b/a SNAPBOX STORAGE, | ) ) ) ) |
| Defendant. | ) |

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

The Court has reviewed the terms of the settlement reached by the parties and approves it as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act. The parties' joint motion for court approval of the settlement, dkt. [32], is therefore **GRANTED**. This case is **DISMISSED with prejudice** with each party to bear its own attorneys' fees and costs except as otherwise agreed.

**SO ORDERED.**

Date: 7/21/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Robert Peter Kondras, Jr.
HASSLER KONDRAS MILLER LLP
kondras@hkmlawfirm.com

Michael W. Padgett
JACKSON LEWIS PC (Indianapolis)
michael.padgett@jacksonlewis.com

Melissa K. Taft
JACKSON LEWIS PC (Indianapolis)
melissa.taft@jacksonlewis.com